UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE 10 ) | |
| ) | Cause Number: 3:21-cv-00083-SPM |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| BOARD OF EDUCATION OF TRIAD ) | |
| COMMUNITY UNIT SCHOOL ) | |
| DISTRICT NO. 2, ERIN GARWOOD, ) | |
| and RODNEY WINSLOW ) | |
| ) | |
| Defendants. ) | |

## NICOLE ELIZABETH GOROVSKY MOTION TO WITHDRAW

COMES NOW, Nicole E. Gorovsky and hereby withdraws her appearance on behalf of the Plaintiff, John Doe 10. Counsel Gorovsky has attained new employment and will be closing Gorovsky Law permanently on August 1, 2022. Sarah Jane Hunt, Amber Kempf and Nicole Matlock of the Kennedy Hunt Law Firm remain in this matter as counsel for Plaintiff and will continue to represent the Plaintiff ably. Plaintiff has been informed of this change.

WHEREFORE, attorney Nicole E. Gorovsky seeks leave to withdraw her appearance in this matter.

/s/Nicole E. Gorovsky
Nicole Gorovsky
GOROVSKY LAW, LLC
4500 W. Pine Blvd
St. Louis, MO 63108
Tel: (314) 272-3255
Fax:(314) 787-6101
Nicole@Gorovskylaw.com

        Sarah Jane Hunt
        Amber Kempf
        Nicole Matlock
        KENNEDY HUNT, P.C.
        4500 W. Pine Blvd
        St. Louis, MO 63108
        Tel: (314) 872-9041
        Fax: (314) 872-9043
        sarahjane@kennedyhuntlaw.com
        akempf@kennedyhuntlaw.com
        nmatlock@kennedyhuntlaw.com

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the below counsel of record format via electronic mail on July 11, 2022 to:

Jack J. Murphy
Jenna L. Mahoney,
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
jmahoney@nzalaw.com
jmurphy@nzalaw.com
*Attorneys for Defendant Board of Education for Triad*

Jarrod P. Beasley
Kuehn, Beasley & Young, P.C.
23 S. First St.
Belleville, IL 62220
jarrodbeasley@kuehnlawfirm.com
*Attorneys for Defendant Garwood*         */s/ Nicole E. Gorovsky*